UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS MASHAWN MOORE,

    Petitioner,

v.

    Case No. 1:20-cv-1052

    HON. JANET T. NEFF

GREGORY SKIPPER,

    Respondent.
_____/

## ORDER

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 2, 2021, recommending that this Court deny the petition and a certificate of appealability.  The Report and Recommendation was duly served on the parties.[1]  No objections have been filed, *see* 28 U.S.C. § 636(b)(1), and the Court issues this Order.  The Court will also issue a Judgment in this § 2254 proceeding.  *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court and the petition for habeas corpus relief (ECF No. 1) is DENIED for the reasons stated in the Report and Recommendation.

---

[1] Service of the Report and Recommendation on Petitioner was returned, marked "return to sender," "not deliverable as addressed" and "unable to forward" (ECF No. 7).  According to the docket, the Report and Recommendation was re-mailed to Petitioner on August 13, 2021 at an address verified with the Michigan Department of Corrections.

2

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.  *See* RULES GOVERNING § 2254 CASES, Rule 11 (requiring the district court to "issue or deny a certificate of appealability when it enters a final order").  Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).

Dated:  September 8, 2021                               /s/ Janet T. Neff
                                                         JANET T. NEFF
                                                         United States District Judge